**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH C. CAMPO, SB# 150035
  E-Mail: Joe.Campo@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, Western
Growers Assurance Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California nonprofit corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>WESTERN GROWERS ASSURANCE TRUST, a voluntary employees benefit association pursuant to 26 U.S.C. §501(c)(9), and DOES 1 THROUGH 25, INCLUSIVE,<br><br>           Defendants. | CASE NO. 5:18-cv-05620-BLF<br>ORDER APPROVING **JOINT STIPULATION TO REMAND REMOVED CASE TO SUPERIOR COURT OF SANTA CLARA**<br><br>Trial Date:     None Set |

**TO THE HONORABLE COURT:**

Plaintiff LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD ("Plaintiff") and Defendant WESTERN GROWERS ASSURANCE TRUST, by and through their respective counsel of record, hereby stipulate as follows:

1.     On July 30, 2018, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of Santa Clara, entitled as above, Santa Clara Superior Court Case Number 18CV332422 (the "Action").

2. On September 13, 2018, Defendant filed a notice of removal of the Action pursuant to U.S.C. §1441(a) with the United States District Court for the Northern District of California, with the Action ultimately being assigned to the Honorable Beth L. Freeman of the United States District Court for the Northern District, Case Number 5:18-cv-05620-BLF.

5. On September 18, 2018, Defendant filed a Motion to Dismiss based upon ERISA preemption.

9. On October 2, 2018, counsel for Plaintiff filed its Opposition

As a result, the **PARTIES HEREBY STIPULATE AS FOLLOWS:**

- Plaintiff and Defendant stipulate to remand this Action, in its entirety, back to the Superior Court of California in and for the County of Santa Clara from where it originated for all further proceedings.
- Plaintiff and Defendants further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

DATED: February 19, 2019　　JOSEPH C. CAMPO
　　　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP


By: 　/s/ Joseph C. Campo
　　Joseph C. Campo
　　Attorneys for Defendant, Western Growers Assurance Trust

DATED: February 15, 2019      BARBARA V. LAM
                              LAW OFFICES OF STEPHENSON,
                              ACQUISTO & COLMAN, INC.


                              By:      /s/ Barbara V. Lam
                                    Barbara V. Lam
                                    Attorneys for Plaintiff, Lucile Salter
                                    Packard Children's Hospital at Stanford

IT IS SO ORDERED.

DATED: February 19, 2019

_____
Hon. Beth L. Freeman